NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| Vilbrun MACELUS, | : | |
| | : | |
| Plaintiff, | : | Civil No. 17-2025 (RBK/JS) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CAPITAL COLLECTION SERVICE, and JOHN DOES 1-25 | : | |
| | : | |
| Defendant(s). | : | |
| | : | |

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon Defendant's Motion to Dismiss (Doc. No. 5) and Motion for Sanctions (Doc. No. 7), and Plaintiff's Opposition (Doc. No. 8) and Defendant's Reply (Doc. No. 9) thereto, and for the reasons expressed in the opinion issued this date;

      **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED**;

      **IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions (Doc. No. 7) is **DENIED**; and

      **IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.

Dated: _____11/07/2017_____

s/ Robert B. Kugler_____
ROBERT B. KUGLER
United States District Judge

1